# Exhibit 2



April 10, 2024

President Shavkat Mirziyoyev
Tashkent, Uzbekistan

Dear Mr. President,

Please let us express our sincere respects and congratulate you and your country on the sacred holiday of Eid.

We are forced to contact you for the second time in regards to the situation involving our partner Mr. Ovik Mkrtchyan.

Unfortunately, we have attempted to contact the Uzbek Ambassador in Washington twice, but our requests were ignored. We believe that the letters sent on January 18th (Appendix A) that were sent to you by Secretary Pompeo, and Secretary Perry were ignored as well.

On January 17, 2024 upon their departure from the office in Tashkent, Mr. Ovik Mkrtchyan and his daughter were detained by the officers of SGB (State Security Service). The list of charges laid included alleged involvement of Mr. Ovik Mkrtchyan in illegal activities when fulfilling government contracts for Oil & Gas Company during 2012-2016. This case was already reviewed in 2018, and after agreeing on additional discounts and terms this issue was resolved. This case is being utilized now solely to launch a criminal case and detention of Mr. Ovik Mkrtchyan. All family members of Mr. Ovik Mkrtchyan, including his wife and children, were submitted to the Interpol lists, while being physically located in Uzbekistan.

All procedures, protocols, and so-called investigations were conducted with outrageous violations, and off the record the reason provided by the SGB officers was that this is an order from a higher authority. For the duration of his detainment from 17 January 2024 the officers of SGB were constantly pressing Mr. Ovik Mkrtchyan to admit guilt for crimes he did not commit, motivating this by obtaining his personal phone conversations and messages. Since Mr. Mkrtchyan did not admit any fictitious charges, the SGB personnel resorted to pressuring and forcing the relatives and acquaintances of Mr. Mkrtchyan to provide fictitious information that would incriminate him.

The true reason behind this issue is a conflict between Mr. Ovik Mkrtchyan on one hand, and two Uzbek businessmen Mr. Shadmanov Ulugbek and Stanislav Tsatskin on the other. The reason behind the conflict lies in the fact that Mr. Mkrtchyan did not comply with a request made by Mr. Ulugbek Shadmanov.



The summary of the conflict is below:

Mr. Shadmanov and Mr. Tsatskin demanded Mr. Mkrtchyan to request the advisory board members Secretary Pompeo and Ambassador Thomas Shannon to assist in including two Uzbek nationals into the OFAC lists, and to commence their criminal prosecution. To conduct this, they have provided Mr. Mkrtchyan with all necessary personal information as well as mobility and movement logs from one of the intelligence agencies, which is not accessible by any civil organization or person.

Mr. Mkrtchyan denied this request, stating that this request is completely unlawful. Secondly, the two Uzbek nationals in question are not average citizens of Uzbekistan, but rather high-ranking politicians within the government of Uzbekistan, who are in possession of sensitive and confidential information. In essence this request is sabotaging the authority and image of the governing body of Uzbekistan, and is in fact a state crime.

The first person in question is Mr. Dmitriy Lee - Director of National Agency of Project Management under the President of the Republic of Uzbekistan. The second person in question is Mr. Komil Allamjonov - Head of Staff Information Department of the President administration.

Mr. Mkrtchyan has informed us that he is being pressured by Mr. Shadmanov and Mr. Tstatskin to conduct these illegal activities. We have responded that we are in solidarity with Mr. Mkrtchyan's decision to deny this request, and advised him to inform of such request Mr. Kamo Tumasov, who positioned himself as the only and sole shareholder of projects being developed by Mr. Mkrtchyan. Mr. Tumasov has informed Mr. Mkrtchyan that he will investigate how to resolve the issue and to inform the competent individuals of this request.
After denying this request, Mr. Ovik Mkrtchyan found himself in a situation where all his projects started stalling and were basically put on hold. The decrees and orders of your administration were not carried out and all correspondence from the management of Mr. Mkrtchyan's company was ignored. In November of 2023 Mr. Tsatskin has visited Mr. Tumasov informed him that all projects that were being developed based on the Presidential Decree will not be completed, since Mr. Shadmanov will personally destroy them.

Advisory board members Mr. Mike Pompeo and Mr. Rick Perry have sent an official letter in January addressed to you, which included a request to have your personal involvement in resolving this issue. This letter has been officially transferred through the Uzbek Embassy in Washington, and unfortunately it was ignored, and we believe that it was hidden from you.

On March 15, 2024 in the U.S. Congress there was a discussion of companies that violate sanctions imposed by the United States and the European Union, by directly or indirectly



assisting the Russian Federation in its aggression towards Ukraine. The U.S. Department of Treasury was recommended to analyze and prosecute such companies, more specifically OFAC was directed to investigate The United Cement Group (Appendix B), with Mr. Shadmanov being the beneficiary of this company, which undoubtedly harms the image of Uzbekistan and the democratic reforms and changes that are being conducted by your Excellency.

In April of 2024 Mr. Thomas Shannon, who is one of the closest friends of Uzbekistan, who consistently provides consulting services and practical assistance in resolving of many matters, who is also holding a position of Co-Chairman of the Advisory Board in Mr. Mkrtchyan's company once again provided a letter (Appendix B) addressed to you through his counter partner - former Minister of Foreign Affairs, Mr. Kamilov; however we are not confident if it was delivered to you or not.

As a result we currently observe a critical situation that does not have any governmental nor legal status - a businessman is attempting to employ channels to destroy high government officials of the Republic of Uzbekistan, by contacting foreign institutions that have an ability to provide sanctions pressure, while placing his own interests above interests of the government; furthermore he is discrediting the government and intelligence agencies by utilizing short-sighted SGB officers. This ultimately discredits all success and progress that Uzbekistan has achieved under your command in the last years.

We are kindly asking you to assist us in this issue, and to have your personal involvement in determining the faith of a true Uzbek patriot that is diligently working to attract foreign investment and capital into Uzbekistan.

With warmest regards,

Stephen Payne

President
LINDEN STRATEGIES

Board Member
GOR Investment Limited