# Exhibit 2

# Claim Form

In the High Court of Justice, King's Bench Division, Media and Communications List

| Fee Account no. | PBA0088016 |
|---|---|
| Help with Fees - Ref no. (if applicable) | H W F – ☐☐ – ☐☐☐ |

*For court use only*

| Claim no. | |
|---|---|
| Issue date | |

You may be able to issue your claim online which may save time and money. Go to www.moneyclaim.gov.uk to find out more.


SEAL

**Claimant(s) name(s) and address(es) including postcode**

Mr Ovik Mkrtchyan
Aleksandra Čaka iela 96-2, Rīga, Latvia

**Defendant(s) name and address(es) including postcode**

Ms Radha Stirling
128 City Road, London, EC1V 2NX, United Kingdom

**Brief details of claim**

(1) Damages, including aggravated damages, for libel arising from the publication of an article by the Defendant on her website "Ipex Reform", entitled "US Lobbyists used in plot to destabilise US relations with Uzbekistan and steal Central Asia's largest cement holding" on 18 January 2025. The Article remains accessible at the following URL: https://www.ipexreform.com/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large.

(2) An injunction to restrain the Defendant, whether by herself, her servants, agents, or otherwise howsoever from publishing and/or causing to be published the same or similar words defamatory of the Claimant.

(3) An order that the Defendant publish a summary of the Court's judgment, pursuant to s.12 of the Defamation Act 2013.

(4) An order under s.13 of the Defamation Act 2013, if so required.

(5) Costs

(6) Such further or other relief as the court deems appropriate.

**Value**

The Claimant cannot say how much he expects to recover but limits the value of his claim to £100,000.

You must indicate your preferred County Court Hearing Centre for hearings here *(see notes for guidance)*

This claim must be issued in the Media and Communications List of the High Court as it is a claim for libel (pursuant to section 15(2)(c) of the County Courts Act 1984, paragraph 2.9(1) of CPR Practice Direction 7A, and CPR 53.1(3)).

| Defendant's name and address for service including postcode | Ms Radha Stirling<br>128 City Road<br>London<br>EC1V 2NX<br>United Kingdom | | £ |
|---|---|---|---|
| | | Amount claimed | £100,000 |
| | | Court fee | £5,646 |
| | | Legal representative's costs | TBC |
| | | **Total amount** | TBC |

| Claim No. | |
|---|---|

Do you believe you, or a witness who will give evidence on your behalf, are vulnerable in any way which the court needs to consider?

☐ Yes. Please explain in what way you or the witness are vulnerable and what steps, support or adjustments you wish the court and the judge to consider.

[X] No

Does, or will, your claim include any issues under the Human Rights Act 1998? ☐ Yes  [X] No

Particulars of Claim (~~attached~~) (to follow)

## Statement of Truth

I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

☐ **I believe** that the facts stated in this claim form and any attachment sheets are true.

[X] **The Claimant** believes that the facts stated in this claim form and any attachment sheets are true. **I am authorised** by the claimant to sign this statement.

**Signature**

*[signature]*

☐ Claimant
☐ Litigation friend (where judgment creditor is a child or a patient)
[X] Claimant's legal representative (as defined by CPR 2.3(1))

**Date**

| Day | Month | Year |
|---|---|---|
| 22 | 04 | 2025 |

Full name

Nigel Tait

Name of claimant's legal representative's firm

Carter-Ruck

If signing on behalf of firm or company give position or office held

Partner

Claimant's or claimant's legal representative's address to which documents should be sent.

Building and street

| The Bureau, 90 Fetter Lane |

Second line of address

Town or city

| London |

County (optional)

Postcode

| E | C | 4 | A | 1 | E | N |

If applicable

Phone number

| 02073535005 |

Fax phone number

DX number

Your Ref.

| 17956.2 |

Email

| nigel.tait@carter-ruck.com; caitlin.harris@carter-ruck.com |