IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE APPLICATION OF OVIK MKRTCHYAN FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:25-mc-00041 |

**DECLARATION OF RYAN HARTMAN**

Pursuant to 28 U.S.C. § 1746, I, Ryan Hartman, declare as follows:

1.  I am an attorney admitted to practice in the District of Columbia and Texas, and a member of the bar of this Court. I am a partner with the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Petitioner Ovik Mkrtchyan (the "Petitioner").

2.  I submit this declaration in support of Petitioner's Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"). This declaration is based on my personal knowledge unless indicated otherwise.

3.  On information and belief, Respondent Stephen Akard is a partner at the law and public affairs firm of Bose, McKinney & Evans LLP, and is based in Indianapolis. Attached as **Exhibit 1** is a true and correct copy of Mr. Akard's law firm biographical page, which I caused to be printed on July 29, 2025. This page is available at https://www.boselaw.com/people/stephen-akard/.

4.  Attached as **Exhibit 2** is a true and correct copy of the "About Us" page of the Bose McKinney & Evans LLP website, which I caused to be printed on July 29, 2025. This page is available at https://www.boselaw.com/about-us/.

5. Attached as **Exhibit 3** is a true and correct copy of the "About Us" page of the Bose Public Affairs Group website, which I caused to be printed on July 29, 2025. The page is available at https://bosepublicaffairs.com/about-us/.

6. Attached as **Exhibit 4** is a true and correct copy of the "Service Areas" page of the Bose McKinney & Evans LLP website, which I caused to be printed on July 29, 2025. This page is available at https://www.boselaw.com/practice-areas/.

7. Attached as **Exhibit 5** is a true and correct copy of Bose McKinney & Evans LLP's registration information, which is maintained by, and I obtained from, the Indiana Secretary of State.

8. Attached as **Exhibit 6** is a true and correct copy of Bose Public Affairs Group LLC's registration information, which is maintained by, and I obtained from, the Indiana Secretary of State.

9. Attached as **Exhibit 7** is a true and correct copy of the "About Radha Stirling" page, which I caused to be printed on July 29, 2025. This page is available at https://www.radhastirling.com/about.

10. Attached as **Exhibit 8** is a true and correct copy of the news article titled "Cast in Cement," which I caused to be printed on July 29, 2025. This page is available at https://novayagazeta.ru/articles/2025/01/15/cast-in-cement.

11. Attached as **Exhibit 9** is a true and correct copy of the court order granting Petitioner's 1782 application in case captioned as *In re Mkrtchyan*, No. 4:25-mc-01122, in the U.S. District Court for the Southern District of Texas.

12. Attached as **Exhibit 10** is a true and correct copy, with redactions, of official records that are maintained by, and I obtained from, the Marion County Assessor

(https://maps.indy.gov/AssessorPropertyCards/) that indicate that Mr. Akard owns a home in Indianapolis that is also listed as his current address.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2025.

                                                  _____
                                                  Ryan Hartman