# Exhibit 2

# ABOUT US

Bose McKinney & Evans LLP is a business law firm, serving both publicly held and privately held businesses, governmental entities and high-growth industries. Our clients include Fortune 100 companies, international manufacturers, energy developers and utilities, municipalities, national and regional financial institutions, agribusinesses, sports entities, start-ups, media and schools, to name a few. We strive to build strong relationships with our clients as key business advisors, to exceed expectations in the quality of our work, to be knowledgeable about our clients' businesses and sectors, to be responsive to project needs and to continually seek to improve the delivery of client services. **Our ultimate focus is on our clients.**

# THE CREATION OF
# "A DIFFERENT KIND OF LAW FIRM"

In 1955, an Indianapolis attorney named Lewis Bose left a successful local law firm to found what he called "a different kind of law firm." Bose, a Yale Law School graduate and World War II veteran, envisioned a law firm that stressed cooperation, mutual respect and excellence. He partnered with other local visionaries, William Evans and Robert McKinney, to nurture a firm that would be a leader in the local legal community.

Nearly seven decades after Bose created the firm, his successors continue to embrace the founding principles, remaining dedicated to responsiveness, innovation and excellence.

# THE FIRM TODAY

The firm that Bose, Evans and McKinney created has evolved into a complex firm that prides itself on its experience in numerous specific areas of the law. Bose McKinney & Evans works closely with its clients in numerous practice areas, including corporate governance, litigation, labor and employment, utilities, municipal, real estate, tax, estate and business succession planning, intellectual property and education law. The firm's affiliate, Bose Public Affairs Group, provides clients with local, state and federal government relations, strategic communications, procurement and strategic advisory services.

The firm's attorneys work with a goal, unchanged since the firm was founded, to help clients resolve their problems and meet their objectives.

Bose McKinney & Evans takes seriously its commitment to the community it calls home. Attorneys at Bose McKinney & Evans have long taken leadership positions in business, cultural, political, youth, civic and religious organizations. Several of the firm's partners have been active at the national, state and local levels of both major political parties. The firm sponsors charitable events around the state and raises money through its "Goodwill Committee" for those in need who do not qualify for other charitable assistance.

Today, Lew Bose would certainly see the continued growth of the firm he founded in 1955 as a good thing. Bose continually stressed that the role of lawyers is to resolve problems. As those problems have become more complex, specialization has demanded that the successful law firm continues to grow and evolve. Even though the firm has grown far beyond the size of the small firm that Lew Bose founded, Bose McKinney & Evans has maintained the spirit of collegiality and dedication to client service that the founders intended to foster from the very beginning.

# MACKRELL INTERNATIONAL

Bose McKinney & Evans is a member of Mackrell International, a leading network of independent law firms. Members of the global association represent nearly 90 firms across 60 countries. Mackrell International has members in more than 30 states in the U.S.

Bose McKinney & Evans is the first and only law firm in Indiana to be accepted into the international network. Membership with Mackrell International substantially increases clients' access to domestic and international legal representation while drawing upon the experience of more than 4,500 lawyers from other firms located around the world.

BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

Indianapolis

Washington, DC

Fort Wayne



MACKRELL INTERNATIONAL MEMBER FIRM

© Bose McKinney & Evans LLP All Rights Reserved

Disclaimer | Terms of Use | Privacy Policy | Join our Newsletter