# Exhibit 3

  

# ABOUT US

Bose Public Affairs Group is a fully integrated public affairs firm dedicated to successfully navigating clients through the many pathways of political, legislative, regulatory, communications and media environments. Our reputation is built on results, achieving the outcomes clients expect through experience, leadership, relationships and discipline.

With offices in Indianapolis, Washington, D.C., and Fort Wayne, our veteran team of professionals carries an array of accomplished backgrounds in all levels of local, state and federal government, as well as the private sector.

**State & Local Government Affairs** – We help our clients leverage the "laboratories of democracy" by conducting local, single state and multistate campaigns to engage and influence policymaking in municipalities, state legislatures and state agencies. We are a member of The Advocacy Group (TAG), a network of public affairs firms covering all 50 states.

**Federal Government Engagement** – We devise and execute comprehensive strategies to professionally influence the federal legislative and regulatory processes on behalf of a wide range of corporate, philanthropic and civic sector clients.

**Multistate Government Relations** – We have extensive experience managing local and national legislative and regulatory campaigns, whether your organization needs a government affairs strategy in one state or all 50 states

**Strategic Communications** – We integrate comprehensive strategic communications support and practices into all of our public affairs strategies, including media relations and, as needed, crisis communications and reputation management.

**Strategic Business Services & Procurement** – We help clients navigate the full life cycle of state and federal government procurement processes.

**Grassroots Advocacy** – We employ state-of-the-art organizational tools and tactics for mobilizing grassroots and constituent-based advocacy efforts.

**PAC Management** – We devise and execute return-maximizing political giving strategies and directly manage our clients' PACs.

**Compliance** – We help our clients comply with ever-changing state and federal laws governing lobbying disclosure, gifts, travel and political contributions.

# OUR EXPERTISE AND RELATIONSHIPS COVER DIVERSE ASPECTS OF BUSINESS

- Agriculture
- Association Advocacy
- Banking
- Biotechnology
- Congressional Appropriations
- Coalition Building
- Crisis Management
- Economic Development
- Education
- Energy

- Environmental
- FDA
- Gaming & Horseracing
- Government Contracts
- Grassroots Advocacy
- Healthcare
- Insurance
- Labor & Workforce Development
- Life Sciences
- Local Government

- Media Relations
- Public Relations
- Product Safety
- Reputation Management
- Sports & Entertainment
- STEM
- Strategic Communications
- Tax
- Technology
- Transportation

# SERVICES



**Federal Relations**



**State & Local Government Relations – Indiana**



**Local Government Relations – Washington, D.C.**



**Strategic Business Services**



**Multistate Government Relations**



**Strategic Communications**

in  X



Indianapolis

Washington, DC               Fort Wayne



Indianapolis

Washington, DC





© 2025 Bose Public Affairs Group

Terms of Use | Privacy Policy | Join our Newsletter