# Exhibit 4



# SERVICE AREAS

Bose McKinney & Evans helps clients navigate the law. Every legal and business situation is unique so we provide practical insight and individual solutions for each of our clients. We help clients leverage opportunities, minimize risk and achieve their goals.

Administrative Law    /    Appellate Services    /    Bankruptcy and Creditors' Rights    /    Bose Public Affairs Group    /    Business Services    /    Data Privacy    /    Education    /    Election and Political Law    /    Employee Benefits and Executive Compensation    /    Environmental Law    /    Estate and Wealth Transfer Planning    /    Gaming    /    Governmental Services and Public Finance    /    Green Initiatives and Sustainability    /    Immigration    /    Intellectual Property    /    International Group    /    Labor and Employment    /    Litigation    /    Real Estate    /    Site Selection and Economic Incentives    /    Tax    /    Utilities    /    Venture Capital and Private Equity    /    White-Collar Crime

View Industries



**Indianapolis**

**Washington, DC**



**Fort Wayne**

© Bose McKinney & Evans LLP All Rights Reserved

Disclaimer  |  Terms of Use  |  Privacy Policy  |  Join our Newsletter