# Exhibit 5

**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
07/29/2025 03:21 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **BOSE MCKINNEY & EVANS LLP** | Business ID: | **1998120922** |
| Entity Type: | **Domestic Limited Liability Partnership** | Business Status: | **Active** |
| Creation Date: | **12/11/1998** | Inactive Date: | |
| Principal Office Address: | **111 MONUMENT CIRCLE, SUITE 2700, INDIANAPOLIS, IN, 46204, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **12/31/2025** |
| | | Years Due: | |

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **JEFFREY R GAITHER** |
| Address: | **111 MONUMENT CIRCLE, SUITE 2700, INDIANAPOLIS, IN, 46204, USA** |