# Exhibit 6

> **BUSINESS INFORMATION**
> DIEGO MORALES
> INDIANA SECRETARY OF STATE
> 07/29/2025 03:20 PM

| Business Details | | | |
|---|---|---|---|
| Business Name: | BOSE PUBLIC AFFAIRS GROUP LLC | Business ID: | 2000060700218 |
| Entity Type: | Domestic Limited Liability Company | Business Status: | Active |
| Creation Date: | 06/06/2000 | Inactive Date: | |
| Principal Office Address: | 111 MONUMENT CIRCLE, SUITE 2700, Indianapolis, IN, 46204, USA | Expiration Date: | Perpetual |
| Jurisdiction of Formation: | Indiana | Business Entity Report Due Date: | 06/30/2026 |
| | | Years Due: | |

| Registered Agent Information | |
|---|---|
| Type: | Individual |
| Name: | JEFFREY R. GAITHER |
| Address: | 111 MONUMENT CIRCLE, SUITE 2700, Indianapolis, IN, 46204, USA |