# Exhibit 10

Case 1:25-mc-00041-JRS-TAB   Document 8-10   Filed 08/04/25   Page 1 of 4 PageID #: 156

| Parcel Number | | Ownership | | Transfer of Ownership | | Year | 2025 | Card 1 | |
|---|---|---|---|---|---|---|---|---|---|
| 6008757 | | Name | | Date | Grantor | Valid | Amount | Type | |
| County | Marion, IN | AKARD, STEPHEN & | | Aug 12, 2020 | Terrell Andrea R - Aug 10, 2020 | Y | | Sale | |
| Township | PIKE | KAY | | | | Y | | Straight | |
| Corporation | | | | | | Y | | Straight | |
| District | | | | | | Y | | Sale | |
| Plat | | | | | | Y | | Straight | |
| Map | | Address | | | | | | | |
| Alt Parcel | | | | | | | | | |
| Property Class | | INDIANAPOLIS, IN 46254 | | | | | | | |
| Tax District | | | | | | | | | |
| Neighborhood | | | | | | | | | |

| Property Address | | | | | VALUATION RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| INDIANAPOLIS, IN 46254 | | Account | 2918800 | Assessment Year | | 2025 | 2024 | 2023 |
| | | Book | Page | Reason for Change | | | | |
| | | Legal | | | Homestead-C1 | | | |
| | | | | Land | Residential-C2 | | | |
| | | | | | Non-Residential-C3 | | | |
| | | | | | Total Land | | | |

| Topography | Pub. Utilities | Street or Rd. | Neighborhood | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☑ Level | ☑ Water | ☑ Paved | ☐ Improving | | Homestead-C1 | | | |
| ☐ High | ☑ Sewer | ☐ Unpaved | ☑ Static | Improvements | Residential-C2 | | | |
| ☐ Low | ☑ Gas | ☐ Proposed | ☐ Declining | | Non-Residential-C3 | | | |
| ☐ Rolling | ☑ Electricity | ☐ Sidewalk | ☐ Other | | Total Imp | | | |
| ☐ Swampy | | ☐ Alley | ☐ Blighted | Total Assessed Value: | | | | |

**Property Sub Class:** RES ONE FAMILY PLATTED LOT-510                    PRINTED FROM MARION COUNTY, INDIANA

| Memorandum | LAND DATA AND COMPUTATIONS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11p12 REASSESSMENT:ADDED BSF/PLUMBING FIXTURES BASED FROM MIBOR. | Land Type | Actual Frontage | Effective Frontage | Effective Depth | Factor | Base Rate | Adjusted Rate | Estimated Value | Influence Factor | Land Value |
| | | | | | | | | | | |
| | | | | Acreage / Sq. Ft. | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | Total Residential Land Value | | |
| | | | | | | | | Total Non-Residential Land Value | | |
| | **Total Acreage** | | | | | | | **Total Land Value** | | |

**Land Type**

| | | |
|---|---|---|
| F  Front Lot | 81  Legal Ditch | |
| R  Rear Lot | 82  Public Road | |
| 1  Comm. Ind. Land | 83  Utility Trans. Tower | |
| 11  Primary | 9  Homesite | |
| 12  Secondary | 91  Res. Excess Acres | |
| 13  Undeveloped Usable | 92  Ag Excess Acres | |
| 14  Undeveloped Unusable | Influence Factors | |
| 2  Classified Land | 0  Other | 5  Misimprovement |
| 3  Undeveloped Land | 1  Topography | 6  Restrictions |
| 4  Tillable Land | 2  Under Improved | 7  Traffic Flow |
| 5  Non-tillable Land | 3  Excess Frontage | 8  View |
| 6  Woodland | 4  Shape or Size | 9  Corner Infl. |
| 7  Other Farmland | | |
| 8  Ag Support Land | | |



Report Created on 8/3/2025 10:41:21 AM   INDIANA PROPERTY RECORD CARD   Page 2 of 3

### SKETCH/AREA TABLE ADDENDUM

**Parcel Number**
6008757

**Year** 2025　　**Card 1**

**Property Address**

| SKETCH/AREA TABLE ADDENDUM | AREA CALCULATIONS SUMMARY | | |
|---|---|---|---|
| | Name | Description | Size (Sqft) |
| | | Total Sqft. | |